# Court of Appeals
# of the State of Georgia

ATLANTA,  January 07, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1049. LESHON NELSON v. EVI CWS QUILL, LLC.**

This dispossessory action originated in magistrate court. Following a ruling in favor of landlord EVI CWS Quill, LLC, tenant Leshon Nelson filed a de novo appeal to superior court. When Nelson failed to appear for trial, the trial court entered judgment in the landlord's favor. Nelson then filed this direct appeal. We, however, lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Nelson failed to follow the requisite appellate procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/07/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*